UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUBWAY PROTEIN LITIGATION CORP., AS LITIGATION TRUSTEE OF THE SUBWAY® PROTEIN LITIGATION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>CARGILL, INC., CARGILL MEAT SOLUTIONS CORPORATION (A/K/A CARGILL PROTEIN A/K/A CARGILL PROTEIN - NORTH AMERICA), JBS S.A., JBS USA FOOD COMPANY, SWIFT BEEF COMPANY, JBS PACKERLAND, INC., NATIONAL BEEF PACKING COMPANY, TYSON FOODS, INC., TYSON FRESH MEATS, INC.,<br><br>    Defendants. | Case No. 3:22-cv-00289-VAB |

**PLAINTIFF'S NOTICE OF MOTION FOR TRANSFER FILED WITH THE UNITED STATES JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION**

Pursuant to Rules 4.1 and 6.2 of the Rules of Procedure of the United States Judicial Panel for Multidistrict Litigation (the "Panel"), Plaintiff Subway Protein Litigation Corp., as litigation trustee of the Subway® Protein Litigation Trust ("Subway"), files this Notice of Motion to inform the Court that Subway recently filed a Motion for Transfer of Related Actions Pursuant to 28 U.S.C. § 1407 for Consolidated or Coordinated Pre-Trial Proceedings with the Panel. A copy of the motion and supporting brief is attached hereto as Exhibit A.

Dated: March 15, 2022             By:      /s/ Garth T. Yearick

>David B. Esau (PHV20118)
>Email:  desau@carltonfields.com
>*Admitted pro hac vice*
>Kristin A. Gore (PHV20117)
>Email:  kgore@carltonfields.com
>*Admitted pro hac vice*
>Garth T. Yearick (PHV20119)
>Email:  gyearick@carltonfields.com
>*Admitted pro hac vice*
>CARLTON FIELDS, P.A.
>525 Okeechobee Boulevard, Suite 1200
>West Palm Beach, Florida  33401
>Tel: (561) 659-7070
>Fax: (561) 659-7368
>
>John C. Pitblado (Bar No. ct25563)
>Email:  jpitblado@carltonfields.com
>CARLTON FIELDS, P.A.
>One State Street, Suite 1800
>Hartford, CT 06103
>Tel: (860) 392-5000
>Fax: (860) 392-5058
>
>*Counsel for Plaintiff Subway Protein Litigation Corp., as litigation trustee of the Subway® Protein Litigation Trust*

2

128837629.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2022, a copy of foregoing Plaintiff's Notice of Motion to Transfer Filed with the United States Judicial Panel for Multidistrict Litigation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                               */s/ Garth T. Yearick*
                               Garth T. Yearick